UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>    Defendant. | Case No. 25-cv-09290-JST<br><br>**ORDER OF DISMISSAL** |

On or about October 29, 2025, the Court received a 15-page document which the Court presumed was from Plaintiff Kevin Lee McCullom.[1] Because Mr. Cullom sought relief from this Court, the Court opened an action pursuant to this document. That same day, the Court sent Mr. McCullom deficiency notices, informing Mr. McCullom that his action was deficient because he had not filed a complaint on the proper form and he had not either paid the filing fee or filed an application to proceed *in forma pauperis*. ECF Nos. 3, 4. The Court instructed Mr. McCullom that in order to proceed with this action, he should, within twenty-eight days, (1) file a complaint on a complaint by a prisoner form, and (2) either pay the filing fee or file an application to proceed *in forma pauperis*. ECF Nos. 3, 4. The deadline to file these documents has passed, and Plaintiff has not filed the required documents. This action cannot proceed without a complaint on the proper form and either the filing fee or an *in forma pauperis* application. Accordingly, this action is DISMISSED for failure to (1) file a complaint on the proper form and (2) to either pay the filing

---

[1] The first page of the document states that it is an action against Gavin Newsom brought by Raul Reyes Covarrubias. ECF No. 1 at 1. But the envelope's return address lists Mr. McCullom as the sender, ECF No. 1-1, and the pleading discusses in detail alleged wrongs committed against Mr. McCullom, ECF No. 1. The complaint is unsigned. *See generally* ECF No. 1. The proof of service is signed but the signature is illegible. ECF No. 1 at 15.

1 fee or file an *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a
2 motion to reopen the action. Any motion to reopen must be accompanied by a complaint on the
3 proper form and either the filing fee or an *in forma pauperis* application.

4 The first page of the initial pleading references Raul Reyes Covarrubias. If the Court erred
5 in finding that this action was filed by Mr. McCullom and this action was filed by Mr.
6 Covarrubias, Mr. Covarrubias may file a motion to reopen. Any motion to reopen filed by Mr.
7 Covarrubias must be accompanied by (1) a complaint on the proper form signed by Mr.
8 Covarrubias; (2) either the filing fee or an *in forma pauperis* application signed by Mr.
9 Covarrubias; and (3) an explanation as to why the complaint primarily concerns Mr. McCullom
10 and not Mr. Covarrubias. The Clerk is directed to send a courtesy copy of this order to Raul Reyes
11 Covarrubias, #144368, Merced County Jail, 700 W.22nd Street, Merced, CA 95340.

**IT IS SO ORDERED.**

Dated: December 8, 2025



JON S. TIGAR
United States District Judge